| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:<br>DATE FILED: 3/3/2022 |
| YENSY CONTRERAS, *Individually, and On Behalf of All Others Similarly Situated*,<br><br>          Plaintiff,<br><br>-against-<br><br>THE CONVERTIBLE CASTLE, INC.,<br><br>          Defendant. | 21-cv-9306 (MKV)<br><br>ORDER |

**MARY KAY VYSKOCIL, United States District Judge:**

    The Court recently learned that the parties filed a notice of consent to the jurisdiction of a magistrate judge to conduct all further proceedings in this case. However, this case is closed. As the Court explained in its Order of Dismissal, dated February 8, 2022, the parties may file a motion to reopen the case, provided that such motion is filed by March 10, 2022 [ECF No. 14]. Absent an order reopening the case, there are no proceedings for a magistrate judge to conduct.

**SO ORDERED.**

Date: March 3, 2022
      New York, NY

                                                        **MARY KAY VYSKOCIL**
                                                        **United States District Judge**